**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:**<br><br>Morris Gahafer<br>Case No. 1:15-cv-00957<br><br>v.<br><br>Actavis, Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, Watson Laboratories, Inc., a Nevada corporation, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii).


| */s/ Daniel John Carr* | */s/ K.C. Green* |
|---|---|
| Daniel John Carr | Joseph P. Thomas |
| PEIFFER ROSCA WOLF ABDULLAH CARR | Jeffrey F. Peck |
| & KANE, PLC | K.C. Green |
| 201 St. Charles, Ave., Suite 4610 | Jeffrey D. Geoppinger |
| New Orleans, LA 70170 | ULMER & BERNE LLP |
| Phone: (504) 523-2434 | 600 Vine Street, Suite 2800 |
| Email: dcarr@prwlegal.com | Cincinnati, OH 45202 |
| *Counsel for Plaintiff* | Phone: (513) 698-5000 |
| | Email: kcgreen@ulmer.com |
| | *Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc. (f/k/a/ Watson Laboratories, Inc., a Delaware corporation); Anda, Inc.; Actavis, Inc.; and Watson Laboratories, Inc., a Nevada corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ K.C. Green*